UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN ADMIRALTY

NOBLE HOUSE, LLC,

    Plaintiff,

v.                                           CASE NO. 0:20-cv-62438-DPG

DERECKTOR FLORIDA, INC.,

    Defendant.

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Defendant, Derecktor Florida, Inc. ("Derecktor"), responds to Plaintiff's motion for extension of time and to continue trial [DE 65], and states:

1. Plaintiff filed a motion for extension of time to complete discovery and to continue trial on August 11, 2022.

2. This Court ordered Defendant to file an expedited response by August 19, 2022.

3. Defendant objects in part to the relief requested by Plaintiff. Defendant does not oppose an extension of the discovery deadline until September 2, 2022 in order to complete the depositions of Scott Sebetty and Ishmael Enriquez so long as the deadline for filing of dispositive and Daubert motions is likewise extended until September 9, 2022.

4. Otherwise, Defendant contends that a further extension of the discovery deadline is unwarranted and that a continuance of trial at this stage would be premature.

5. In brief, Defendant contends that good cause does not exist to support Plaintiff's request for an extension of discovery beyond September 2, 2022.

1

6. For instance, in support of its motion for an extension of discovery, Plaintiff cites needing the depositions of Scott Sebetty and Ishmael Enriquez. As regards Mr. Sebetty, Defendant's counsel learned of his identity at the very same deposition as did Plaintiff's counsel. Upon learning of Mr. Sebetty's potential knowledge of facts germane to this case, Defendant voiced no objection to locating and making Mr. Sebetty available for deposition. In fact, Defendant has actively offered dates for Mr. Sebetty's deposition to take place before the August 12, 2022 discovery cut-off. For instance, on July 27, 2022, the undersigned emailed opposing counsel advising that Mr. Sebetty had made himself available for deposition on either August 3, 2022 or August 8, 2022. The dates offered to opposing counsel were not taken. Nevertheless, the undersigned's office continued to offer dates for Mr. Sebetty's deposition and Plaintiff has agreed to take Mr. Sebetty's deposition on September 2, 2022 at 10 am. Consistent with paragraph three above, Defendant would not oppose an extension of discovery only to September 2, 2022, which would accommodate this deposition.

7. A September 2 discovery extension would also accommodate the deposition of Ishmael Enriquez. Defendant's counsel has been actively providing dates to Plaintiff for the deposition of Mr. Enriquez and Plaintiff's counsel has agreed to take Mr. Enriquez's deposition on August 29, 2022.

8. Although Defendant has no opposition to a discovery extension until September 2, 2022 to accommodate Sebetty and Enriquez, Defendant submits that there is no good cause to extend discovery to accommodate the deposition of Revel Boulon. Mr. Boulon is a potential witness, who should have been long known to Plaintiff. In fact, Revel Boulon appears on a fact witness list filed on the public docket **on October 29, 2021**. See [DE 34]. Upon information and belief, Boulon is the marine surveyor hired by Plaintiff's own insurance company to survey the

alleged loss of August 20, 2018. Thus, at the very minimum, Plaintiff has had since October 29, 2021, if not longer, to investigate Mr. Boulon, and if desired, obtain his deposition. Allowing Mr. Boulon's deposition now will only unnecessarily increase the cost of litigation.

9. Moreover, Defendant's expert Frank Van Delft does not "rely" on anything from Revel Boulon as Plaintiff seems to imply. It is Mr. Van Delft's deposition which Plaintiff refers to in paragraph 3b of its motion. Defendant submitted a Rule 26 expert report from Mr. Van Delft which discloses the exact nature of Mr. Van Delft's opinions and what Mr. Van Delft relies upon. Mr. Van Delft provided a list of documents he considered which did not include any reports or information from Mr. Boulon. In large part, Mr. Van Delft relies upon his own observations in support of his expert opinions because Mr. Van Delft visited the vessel and saw its water tight integrity issues with his own eyes. A copy of Mr. Van Delft's expert report is attached hereto as Exhibit A for reference.

10. Additionally, Plaintiff concedes that it "anticipates privilege objections from non-parties" and states that obtaining Revel Boulon's deposition "will require motion practice." This motion practice could take months and would unfairly prejudice Defendant who continues to have to expend time and money on this litigation. This extended motion practice may also interfere with the Court's busy docket. Again, Plaintiff has proffered no reason why it did not start its inquiry into Revel Boulon much sooner, especially given the admissions regarding the likelihood of motion practice that will be involved.

11. Lastly, as far as Plaintiff's request for a continuance of trial, Defendant opposes that request as premature. Defendant can appreciate that Plaintiff's counsel has a busy trial calendar. However, without knowing more about Plaintiff's other case set for trial on October 24, 2022,

3

including what likelihood that other case has of settling, Defendant believes that a continuance of this trial would be premature.

WHEREFORE, Defendant Derecktor does not oppose an extension of the discovery deadline to September 2, 2022 to specifically complete the depositions of Scott Sebetty and Ishmael Enriquez so long as the dispositive motion and Daubert motion deadline is also extended up and through September 9, 2022. Defendant opposes all other relief requested by Plaintiff for the reasons stated herein.

> Respectfully submitted,
>
> /s/ Christopher B. Smith
> J. Michael Pennekamp
> Fla. Bar No. 983454
> Email: jmp@fowler-white.com
>
> Christopher B. Smith
> Fla. Bar No. 0121925
> Email: csmith@fowler-white.com
>
> FOWLER WHITE BURNETT, P.A.
> Brickell Arch, Fourteenth Floor
> 1395 Brickell Avenue
> Miami, Florida 33131
> Telephone: (305) 789-9200
> Facsimile: (305) 789-9201
>
> Counsel for DERECKTOR FLORIDA, INC.,

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via cm/ecf this 19th day of August, 2022 to:

Michael T. Moore, Esq.
Moore & Company
michael@moore-and-co.com,    cjaramillo@moore-and-co.com    and    cnaughton@moore-and-co.com

/s/ Christopher B. Smith
Christopher B. Smith