UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

NOBLE HOUSE,

    Plaintiff,

v.

DERECKTOR FLORIDA, INC.,

    Defendant.

CASE NO. 0:20-cv-62438-DPG

## DEFENDANT DERECKTOR'S WITNESS LIST FOR TRIAL

Defendant, DERECKTOR FLORIDA, INC., by and through its undersigned counsel, and pursuant to [DE 57], hereby discloses its witness list for trial as follows:

1. Corporate Representative of Derecktor Florida, Inc.
   c/o Fowler White Burnett, PA
   1395 Brickell Ave
   14th Floor
   Miami, FL 33131

   Live

2. Ken Imondi
   c/o Fowler White Burnett, PA
   1395 Brickell Ave
   14th Floor
   Miami, FL 33131

   Live or By Deposition

3. Joel Ramos
   c/o Fowler White Burnett, PA
   1395 Brickell Ave
   14th Floor
   Miami, FL 33131

   Live or By Deposition

- 2 -

4.     Scott Sabety
    c/o Fowler White Burnett, PA
    1395 Brickell Ave
    14th Floor
    Miami, FL 33131

    Live or By Deposition

5.     Ishmael Enriquez
    c/o Fowler White Burnett, PA
    1395 Brickell Ave
    14th Floor
    Miami, FL 33131

    Live or By Deposition

6.     Rik van Hemmen (Derecktor's Retained Expert)
    c/o Fowler White Burnett, PA
    1395 Brickell Ave
    14th Floor
    Miami, FL 33131

    Live

7.     Frank van Delft (Derecktor's Retained Expert)
    c/o Fowler White Burnett, PA
    1395 Brickell Ave
    14th Floor
    Miami, FL 33131

    Live

8.     Capt. Joseph Collins
    2200 Marina Bay Drive
    Ft. Lauderdale, FL

    Live or By Deposition

9.     Sean Kevin Cassidy (Plaintiff's Retained Expert)
    c/o Moore & Co.
    255 Aragon Ave.
    Third Floor
    Coral Gables, FL 33134

    By Deposition

10. Malcolm Barron Parton
    Maritime Marine
    3120 South Andrews Avenue
    Ft. Lauderdale, FL 33316

    By Deposition

11. Robert Hastie
    c/o Roscioli Yachting Center
    3201 W State Rd 84
    Fort Lauderdale, FL 33312

12. Corporate Representative and/or Records Custodian of
    American Bureau of Shipping
    1701 City Plaza Drive
    Spring, TX 77389

13. Noble House Corp. Rep.
    c/o Moore & Co.
    255 Aragon Ave.
    Third Floor
    Coral Gables, FL 33134

14. Corporate Representative and/or Records Custodian of
    MTSI
    1845 Cordova Rd.,
    Fort Lauderdale, FL 33316

15. Captain Adam Steel
    Address Unknown

16. James Brewer
    c/o Roscioli Yachting Center
    3201 W State Rd 84
    Fort Lauderdale, FL 33312

17. Duvaughn/Donovan Chin
    Address Unknown

18. Ian McCormick
    Address Unknown

19. Mark Robinson
    c/o Moore & Co.
    255 Aragon Ave.
    Third Floor
    Coral Gables, FL 33134

CASE NO. 21-cv-20557-BB

20. Anthony Rossitto
    c/o Moore & Co.
    255 Aragon Ave.
    Third Floor
    Coral Gables, FL 33134

21. Jason Dunbar
    c/o Moore & Co.
    255 Aragon Ave.
    Third Floor
    Coral Gables, FL 33134

22. Rodolfo Urquieta Herrera
    c/o ABS
    1701 City Plaza Drive
    Spring, TX 77389

23. Vasyl Drobotenko
    c/o ABS
    1701 City Plaza Drive
    Spring, TX 77389

24. Chief Officer Etienne Vos
    Address Unknown

25. Bosun Burns
    Address Unknown

26. Corporate Representative and/or Records Custodian
    Overseas Salvage & Maintenance
    1323 SE 17th St. STE 450
    Fort Lauderdale, FL 33316

27. David Mitchell
    Overseas Salvage & Maintenance
    1323 SE 17th St. STE 450
    Fort Lauderdale, FL 33316

28. Charles Taylor
    Charles Taylor Adjusting
    11475 Great Oaks Way, Suite 311,
    Alpharetta, Georgia 30022

29. Scott Armstrong
    Charles Taylor Adjusting
    11475 Great Oaks Way, Suite 311,
    Alpharetta, Georgia 30022

FOWLER WHITE BURNETT P.A. • BRICKELL ARCH, 1395 BRICKELL AVENUE, 14TH FLOOR, MIAMI, FLORIDA 33131 • (305) 789-9200

30. Fran Jandjel
 c/o Noble House, LLC
 713-400-3352

31. Captain Joseph Lerna, Jr.
 Exuma Cay Land and Sea Park
 The Retreat, Village Road
 Nassau, Bahamas

32. Grant Anderson
 Fowl Cay Resort
 Exumas, Bahamas

33. Omega Pinnock, Second Engineer
 Lot 121, Apt. 11 Riverside Park
 Ensom City, Spanish Town,
 St. Catherine, Jamaica

34. Bruce Langford, Deckhand
 1191 Ellison Drive
 Pensacola, FL 32503

35. Captain Crace
 Address Unknown

36. Captain McLister
 Address Unknown

37. Captain Jupp
 Address Unknown

38. Emma Perez
 Los Martinez de Escobar No. 8
 Piso, 4E
 Los Palmas de Gran Canaria
 CP 35007 Canary Island, Spain

39. Hyun Hwang
 St. Mircea cel Batran, BI ZA, SC B, AP 20
 905360 Romania

40. Ana Peroni
 2125 SE 10th Ave.
 Fort Lauderdale, FL 33316

41. Justin Apodaca
 8562 Milne Dr.
 Huntington Beach, CA 92640

42. Joseph Tooker
    BAE Systems
    8500 Heckscher Drive
    Jacksonville, FL 32226

43. Capt. William Cary
    4613 N. University Drive,
    Coral Springs, FL 33067

44. John W. Smith
    MTSI
    1845 Cordova Rd.
    Suite 201
    Fort Lauderdale, FL 33316

45. John Galloway
    MTSI
    1845 Cordova Rd.
    Suite 201
    Fort Lauderdale, FL 33316

46. Any and all records custodians or other witnesses necessary to establish the authenticity or other foundation for any documents produced in discovery in this matter.

47. Any witness listed on Plaintiff's Witness List.

48. Any witness whose name appears on interrogatories or documents produced in this case.

49. Defendant reserves the right to amend and supplement its witness list upon proper notice to Plaintiff.

[INTENTIONALLY LEFT BLANK]

- 7 -

Respectfully submitted,

/s/ Christopher B. Smith
J. Michael Pennekamp
Fla. Bar No. 983454
Email: jmp@fowler-white.com

Christopher B. Smith
Fla. Bar No. 0121925
Email: csmith@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:  (305) 789-9200
Facsimile:  (305) 789-9201

CASE NO. 21-cv-20557-BB

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via email this 14th day of September, 2022 upon:

Michael T. Moore, Esq.
Moore & Company, P.A.
*Counsel for Plaintiff*
255 Aragon Avenue, 3rd Floor
Coral Gables, Florida 33134
Telephone: (786) 221-0600
Facsimile: (786) 221-0601
Email: cjaramillo@moore-and-co.com
Email: michael@moore-and-co.com
Email: cnaughton@moore-and-co.com

- 8 -