**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**IN ADMIRALTY**

**CASE NO: 20-cv-62438-GAYLES/STRAUSS**

NOBLE HOUSE, LLC,

      Plaintiff,

v.

DERECKTOR FLORIDA, INC.,

      Defendant.

_____/

**PLAINTIFF'S TRIAL WITNESS LIST**

      Noble House, LLC ("Plaintiff"), by and through undersigned counsel, and pursuant to this Court's Order [DE 57], hereby files this witness list containing the names and known addresses of all trial witnesses.

**TRIAL WITNESS**

1. Bradford Marine's Corporate Representative & Employees
   100 Queen's Highway, Freeport, Grand Bahama
   bahamas@bradford-marine.com
   242-352-7711

2. Scott Armstrong
   Charles Taylor Adjusting.
   Contact information unknown.

3. Donovan Chin, Chief Engineer

   C/O
   Moore & Co.
   *Counsel for Plaintiff*
   255 Aragon Avenue, Third Floor

Coral Gables, Florida 33134
Telephone: (786) 221-0600

4. Mark Robinson (Plaintiff Expert)

   C/O
   Moore & Co.
   *Counsel for Plaintiff*
   255 Aragon Avenue, Third Floor
   Coral Gables, Florida 33134
   Telephone: (786) 221-0600

5. Joseph Collins, Captain

   C/O
   Moore & Co.
   *Counsel for Plaintiff*
   255 Aragon Avenue, Third Floor
   Coral Gables, Florida 33134
   Telephone: (786) 221-0600

6. Chief Officer Etienne Vos

   C/O
   Moore & Co.
   *Counsel for Plaintiff*
   255 Aragon Avenue, Third Floor
   Coral Gables, Florida 33134
   Telephone: (786) 221-0600

7. Bosun Burns
   Contact information unknown.

8. Corporate Representatives of Overseas Salvage & Maintenance, Ltd.
   1323 SE 17th St., STE 450
   Ft. Lauderdale, FL 33316
   242-355-2140
   242-524-8149

9. Captain Jupp
   Contact information unknown.

10. Captain McLister
    Contact information unknown.

2

11. Captain Steel
>    Contact information unknown.

12. Captain Crace
>    Contact information unknown.

13. Fran Jandjel

>    C/O
>    Moore & Co.
>    *Counsel for Plaintiff*
>    255 Aragon Avenue, Third Floor
>    Coral Gables, Florida 33134
>    Telephone: (786) 221-0600

14. Captain Joseph Lerna Jr
>    Exuma Cay Land and Sea Park
>    242-393-1317
>    The Retreat, Village Road
>    Nassau, Bahamas

15. Grant Anderson
>    Fowl Cay Resort
>    Exumas, Bahamas
>    1-242-355-2046

16. Omega Pinnock, Second Engineer
>    Lot 121, Apartment 11 Riverside Park,
>    Ensom City, Spanish Town,
>    St. Catherine, Jamaica

17. Bruce Langford, Deckhand
>    1191 Ellison Drive
>    Pensacola, FL 32503

18. Chief Stewardess Emma Perez
>    Los Martinez de Escobar No. 8 Piso, 4E,
>    Los Palmas de Gran Canaria,
>    CP 35007 Canary Island, Spain

19. Chef Hyun Hwang

Str. Mircea cel Batran, BI ZA, SC B, AP 20
905360 Romania

20. Ana Peroni
2125 SE 10th Ave,
Ft. Lauderdale 33316

21. Justin Apodaca
8562 Milne Dr.
Huntington Beach, CA 92640

22. Joseph Tooker
Ship Superintendent III
BAE Systems
8500 Heckscher Drive
Jacksonville, FL 32226

23. Capt. William Cary
4613 N. University Drive,
Coral Springs, FL 33067

C/O
Moore & Co.
*Counsel for Plaintiff*
255 Aragon Avenue, Third Floor
Coral Gables, Florida 33134
Telephone: (786) 221-0600

24. Corporate Representatives of BAE Systems.
BAE Systems Jacksonville Ship Repair, LLC
8500 Heckscher Drive
Jacksonville, FL 32226

25. Revel Boulon
Sedwick
750 Park of Commernce Blvd., Suite 120
Boca Raton, FL 33487

26. Persons identified by Defendant in Defendant's Rule 26 Disclosures.

27. Persons identified by Plaintiff in Plaintiff's Rule 26 Disclosures.

28. Persons identified in either party's answers to Interrogatories.

29. Persons disclosed as expert witnesses by Defendant.

30. Persons disclosed as expert witness by Plaintiff.

31. Corporate Representatives of Noble House, LLC

>      C/O
>      Moore & Co.
>      *Counsel for Plaintiff*
>      255 Aragon Avenue, Third Floor
>      Coral Gables, Florida 33134
>      Telephone: (786) 221-0600

32. Michael Wettstone.

>      C/O
>      Moore & Co.
>      *Counsel for Plaintiff*
>      255 Aragon Avenue, Third Floor
>      Coral Gables, Florida 33134
>      Telephone: (786) 221-0600

33. Frank Van Delft (Defendant's Expert)

34. Rik Van Hemmen (Defendant's Expert)

35. Sean Cassidy (Plaintiff's Expert)

>      C/O
>      Moore & Co.
>      *Counsel for Plaintiff*
>      255 Aragon Avenue, Third Floor
>      Coral Gables, Florida 33134
>      Telephone: (786) 221-0600

36. Anthony Rossitto (Plaintiff's Expert)

>      C/O
>      Moore & Co.
>      *Counsel for Plaintiff*
>      255 Aragon Avenue, Third Floor
>      Coral Gables, Florida 33134
>      Telephone: (786) 221-0600

37. Jason Dunbar (Plaintiff's Expert)

> C/O
> Moore & Co.
> *Counsel for Plaintiff*
> 255 Aragon Avenue, Third Floor
> Coral Gables, Florida 33134
> Telephone: (786) 221-0600

38. Joel Ramos (Defendant's employee)

> 775 Taylor Lane
> Dania Beach, FL 33004

39. Kenneth Imondi (Defendant's employee)

> 775 Taylor Lane
> Dania Beach, FL 33004

40. Malcom Parton

> 3120 South Andrews Ave
> Ft. Lauderdale, FL 33316

41. Ishmael Enriquez (Defendant's former employee)

42. Scott Sabetty (Defendant's employee)

> 775 Taylor Lane
> Dania Beach, FL 33004

43. Rob Hastie (Defendant's former employee)

44. Person's identified in Defendant's trial witness list.

45. Corporate Representatives of Defendant.

> 775 Taylor Lane
> Dania Beach, FL 33004

46. Any and all record custodians or other witnesses necessary to establish the authenticity or

foundation of any document produced in discovery.

47. Plaintiff reserves the right to amend this list and supplement its witnesses upon proper notice to Plaintiff.

Dated: September 14, 2022                    Respectfully submitted,

**MOORE & COMPANY, P.A.**
*Counsel for Plaintiff*
255 Aragon Avenue, Third Floor
Coral Gables, Florida 33134
Telephone: (786) 221-0600
Facsimile: (786) 221-0601
cnaughton@moore-and-co.com
michael@moore-and-co.com

s/ Clay Naughton
Clay Naughton, Esq.
Florida Bar No. 29302

### CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  Copies of this pleading will be automatically served on all counsel of record through the Court's CM/ECF system.

s/ Clay Naughton