```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                           MIAMI DIVISION
                       CASE NO. 20-CV-62438-DPG
 3

 4     NOBLE HOUSE, LLC,                        Miami, Florida

 5          Plaintiff,                          June 16, 2023

 6              vs.                             1:16 p.m. to 1:30 p.m.

 7     DERECKTOR FLORIDA, INC.,

 8          Defendant.                          Pages 1 to 11
     _____
 9

10                       EXCERPT OF BENCH TRIAL
                BEFORE THE HONORABLE DARRIN P. GAYLES
11                  UNITED STATES DISTRICT JUDGE

12     APPEARANCES:

13
       FOR THE PLAINTIFF:        CLAY NAUGHTON, ESQ.
14                               EDUARDO MORALES RIOS, ESQ.
                                 MOORE & COMPANY, P.A., ESQ.
15                               255 Aragon Avenue
                                 Third Floor
16                               Coral Gables, Florida 33134

17
       FOR THE DEFENDANT:        JOHN MICHAEL PENNEKAMP, ESQ.
18                               CHRISTOPHER SMITH, ESQ.
                                 FOWLER WHITE BURNETT, P.A.
19                               1395 Brickell Avenue
                                 14th Floor
20                               Miami, Florida 33131

21
       STENOGRAPHICALLY REPORTED BY:
22
                                 PATRICIA DIAZ, FCRR, RPR, FPR
23                               Official Court Reporter
                                 United States District Court
24                               400 North Miami Avenue
                                 11th Floor
25                               Miami, Florida 33128
                                 (305) 523-5178
```

1          (Call to the Order of the Court.)

2          MR. SMITH:  In light of the evidence adduced at trial,
3   may we have ten days to supplement our findings of fact and
4   conclusions of law for the Court?

5          THE COURT:  Not necessary.  I already considered
6   everything.  I mean, this case has lasted -- spanned a few
7   months already.

8          We know from the facts that on or about September 28th,
9   2016, the parties entered into a dockage agreement or contract
10  for service and repair of the vessel formerly known as Noble
11  House.  The contract required work to be performed in a
12  professional and workmanlike manner.

13         The repairs took place from, approximately, November
14  of 2016 to about September of 2017.  I think the record is
15  pretty clear when the ship went into Derecktor's yard, the
16  proper locking mechanism was in place to secure the rudders by
17  placing that securing bolt next to the large hex nut, which
18  prevented it from unraveling.  As a part of the contractual
19  work, the rudders were disassembled and removed and they were
20  later reassembled.  The work was done by Joel Ramos, who
21  appeared through his deposition testimony.  There is another
22  worker, I don't recall, I think his name is Lazaro.

23         They did the work on the rudders.  After reassembling
24  it, it was reviewed by the defendant's supervisor or by
25  Mr. Ramos's supervisor, and I should note, there was an

1  inspection, an ABS inspection which noted nothing wrong

2  subsequent to the reassembly.

3          The ship left Derecktor's on December 4th of 2017.  On

4  a somewhat unknown date, as early as March of 2018 but

5  definitely before August 20th, of 2018, when the rudder

6  detached but in that span of time, the chief engineer,

7  Mr. Chin, saw that the flat metal bar, which was added by the

8  defendant, bending upwards and he hammered it back in place.

9  There are also what appear to be hammer marks also on the large

10 hex nut indicating that it was hammered back in place to

11 tighten it back up.

12         One of the experts testified that it would be visible

13 to anyone hammering the heavy hex nut that the securing bolt

14 was not next to the heavy hex nut, but there is no direct

15 testimony from Mr. Chin.  It was told to the Court he wasn't

16 called because we don't know where he is and so we don't have

17 his particular testimony.

18         Then we know later the port side rudder started

19 detaching and ultimately fell from the ship on August 20th of

20 2018.  Importantly -- and the ship had two rudders.  The

21 starboard rudder was still in place.  It had a flat metal bar

22 but no securing bolt, as would be required by industry

23 standards, and as noted by the salvage company, the starboard

24 rudder hex nut didn't appear to be tightened all the way down.

25         The central issue in this case really is whether or not

1    the defendants properly placed the securing bolt to stop the
2    hex nut from unwinding.  The plaintiff brings two claims, one
3    for breach of contract, the other for breach of warranty for
4    workmanlike performance.
5         Of course, we know the standards of breach of contract,
6    when we look to the terms and whether or not there is a breach,
7    whether or not there are any damages and, similarly, for a
8    breach of warranty we are, of course, looking to see whether or
9    not there is a duty, but whether or not there is a breach in
10   causation and damages.  So, the central issue in this case is
11   whether the plaintiff has shown by a preponderance of the
12   evidence a breach of the contractual terms or the duty of care,
13   and in this case I don't find that the plaintiff has
14   established that.
15        The best evidence for the plaintiff, and it's all
16   circumstantial but, I mean, I guess the best evidence is that
17   the rudder fell and that the starboard rudder was missing the
18   securing bolt and it was unwinding, and third, that the
19   defendants didn't use or just rely on a standard locking
20   mechanism, just the bolt but instead they applied the bar.
21        So the issue is, did they apply the bar, as the
22   defendants say, to supplement as added security that bar along
23   with the bolt, or did they do it in lieu of -- did they put the
24   flat metal bar in lieu of the bolt.
25        For the defense, I mean -- well, let me back up.

1              For the plaintiff, that's really what the plaintiff is
2     relying on, but it's missing, really, a crucial bit of
3     testimony, and perhaps at no fault of its own, which is the
4     testimony of Mr. Chin, who was the one who was actually
5     observing the things that are at issue in this case.  There is
6     a lot of speculation about what he did, but we don't have his
7     testimony to specifically state what he observed regarding the
8     bar, whether or not he observed that retaining bolt, why he
9     tried to hammer these things in place.  And it's not really
10    regarding liability, the central issue, but also why the --
11    what happened when he noticed that there was something going on
12    and how those watertight doors came to be opened as opposed to
13    closed.
14             Of course, for the defense, they have the testimony
15    from the people that actually did the work, in particular
16    Mr. Ramos and his supervisor, Mr. Sabety.  Mr. Ramos, who had
17    at least -- he started working for Derecktor's in about 2012,
18    2013, so he had a few years of experience when he worked on
19    Noble House.  He had done this kind of work before.  There is
20    no reason to believe that he was not competent to do the work.
21             He said that he placed the rudders back in the same way
22    he found them and that at the suggestion of a supervisor he
23    added the extra security by placing the flat metal bar, but, of
24    course, I recognize, you know, they have a motive to lie
25    because they work for the defendant.

1              As I noted before, I did think about the passage of
2     time, and I think that kind of cuts both ways.  You know, if
3     the rudder fell very close in time to the repairs, then I think
4     maybe I could draw a clear inference against the defendant but
5     it happened nine months later.
6              I understand the plaintiff's argument, well, it takes
7     time for it to unwind and a large hex nut and the bar helped,
8     probably held it in place for a while, but, again, it's all
9     speculation.
10             I think in the plaintiff's -- I'm sorry, in the defense
11    argument it suggested in the opening that maybe there was some
12    sabotage.  I don't find that to be the case because why remove
13    the bolts and leave the flat metal bar?
14             It doesn't make sense to me, but in this case the
15    plaintiff has the burden of proof.  And I've gone back and
16    forth, and although it's a preponderance of the evidence
17    standard, it's not proof beyond a reasonable doubt, the fact
18    that knowing the evidence and waffling back and forth, I just
19    can't even find -- I cannot find, based on that low standard
20    that the plaintiff has met its burden by a preponderance.
21             I do note, you know, some of the -- I mean, some
22    evidence that would have been really helpful one way or the
23    other would be, of course, the testimony of Mr. Chin or the
24    testimony from the actual inspectors that inspected the boat
25    because I don't know what they inspected, if they actually took

1   a closer look at the steering compartment and looked to see
2   whether or not there was a bolt, but I don't have that.  I just
3   have this record so based on what I said, I will find in favor
4   of the defendant.
5           So, you will submit a proposed order within the next
6   week, and, I will say, I don't think there is any deficiency on
7   the part of plaintiff's counsel.  I think you deal with what
8   you have, and when you have the burden of proof, that becomes a
9   factor on the Court's consideration, who has to prove this.
10          All right.  Anything else on behalf of the plaintiff?
11          MR. MORALES:  Negative, Your Honor.
12          THE COURT:  Anything else on behalf of the defendant?
13          MR. PENNEKAMP:  No, Your Honor, thank you for your
14  time.
15          THE COURT:  All right.  We will be in recess.
16          Of course, because of this finding on the more central
17  issue of liability, there was no real need for me to address
18  the issues of damages and the limitation on damages, etcetera,
19  but I do note there were some additional issues for the
20  plaintiff.  Even if I found for the plaintiff, I think the
21  plaintiff was clearly on notice that something was wrong before
22  the accident and they would have borne some responsibility for
23  those damages as well.
24          So, all right.  We will be in recess.
25          MR. PENNEKAMP:  Thank you, Judge.

1               (Proceedings were concluded at 1:30 p.m.)

2

3

4
                      C E R T I F I C A T E
5

6
          I hereby certify that the foregoing is an
7
    accurate transcription of the proceedings in the
8
    above-entitled matter.
9

10

11

12  June 21, 2023          /s/Patricia Diaz_____
    DATE                   PATRICIA DIAZ, FCRR, RPR, FPR
13                         Official Court Reporter
                           United States District Court
14                         400 North Miami Avenue, 11th Floor
                           Miami, Florida 33128
15                         (305) 523-5178

16

17

18

19

20

21

22

23

24

25

## /

**/s/Patricia** [1] - 8:12

## 1

**1** [1] - 1:8
**11th** [2] - 1:24, 8:14
**1395** [1] - 1:19
**14th** [1] - 1:19
**16** [1] - 1:5
**1:16** [1] - 1:6
**1:30** [2] - 1:6, 8:1

## 2

**20-CV-62438-DPG** [1] - 1:2
**2012** [1] - 5:17
**2013** [1] - 5:18
**2016** [2] - 2:9, 2:14
**2017** [2] - 2:14, 3:3
**2018** [3] - 3:4, 3:5, 3:20
**2023** [2] - 1:5, 8:12
**20th** [2] - 3:5, 3:19
**21** [1] - 8:12
**255** [1] - 1:15
**28th** [1] - 2:8

## 3

**305** [2] - 1:25, 8:15
**33128** [2] - 1:25, 8:14
**33131** [1] - 1:20
**33134** [1] - 1:16

## 4

**400** [2] - 1:24, 8:14
**4th** [1] - 3:3

## 5

**523-5178** [2] - 1:25, 8:15

## A

**above-entitled** [1] - 8:8
**ABS** [1] - 3:1
**accident** [1] - 7:22
**accurate** [1] - 8:7
**actual** [1] - 6:24
**added** [3] - 3:7, 4:22, 5:23
**additional** [1] - 7:19
**address** [1] - 7:17
**adduced** [1] - 2:2

**agreement** [1] - 2:9
**appear** [2] - 3:9, 3:24
**APPEARANCES** [1] - 1:12
**appeared** [1] - 2:21
**applied** [1] - 4:20
**apply** [1] - 4:21
**Aragon** [1] - 1:15
**argument** [2] - 6:6, 6:11
**August** [2] - 3:5, 3:19
**Avenue** [4] - 1:15, 1:19, 1:24, 8:14

## B

**bar** [10] - 3:7, 3:21, 4:20, 4:21, 4:22, 4:24, 5:8, 5:23, 6:7, 6:13
**based** [2] - 6:19, 7:3
**becomes** [1] - 7:8
**BEFORE** [1] - 1:10
**behalf** [2] - 7:10, 7:12
**BENCH** [1] - 1:10
**bending** [1] - 3:8
**best** [2] - 4:15, 4:16
**beyond** [1] - 6:17
**bit** [1] - 5:2
**boat** [1] - 6:24
**bolt** [10] - 2:17, 3:13, 3:22, 4:1, 4:18, 4:20, 4:23, 4:24, 5:8, 7:2
**bolts** [1] - 6:13
**borne** [1] - 7:22
**breach** [7] - 4:3, 4:5, 4:6, 4:8, 4:9, 4:12
**Brickell** [1] - 1:19
**brings** [1] - 4:2
**burden** [3] - 6:15, 6:20, 7:8
**BURNETT** [1] - 1:18
**BY** [1] - 1:21

## C

**cannot** [1] - 6:19
**care** [1] - 4:12
**CASE** [1] - 1:2
**case** [7] - 2:6, 3:25, 4:10, 4:13, 5:5, 6:12, 6:14
**causation** [1] - 4:10
**central** [4] - 3:25, 4:10, 5:10, 7:16
**certify** [1] - 8:6
**chief** [1] - 3:6
**Chin** [4] - 3:7, 3:15, 5:4, 6:23

**CHRISTOPHER** [1] - 1:18
**circumstantial** [1] - 4:16
**claims** [1] - 4:2
**CLAY** [1] - 1:13
**clear** [2] - 2:15, 6:4
**clearly** [1] - 7:21
**close** [1] - 6:3
**closed** [1] - 5:13
**closer** [1] - 7:1
**COMPANY** [1] - 1:14
**company** [1] - 3:23
**compartment** [1] - 7:1
**competent** [1] - 5:20
**concluded** [1] - 8:1
**conclusions** [1] - 2:4
**consideration** [1] - 7:9
**considered** [1] - 2:5
**contract** [4] - 2:9, 2:11, 4:3, 4:5
**contractual** [2] - 2:18, 4:12
**Coral** [1] - 1:16
**counsel** [1] - 7:7
**course** [6] - 4:5, 4:8, 5:14, 5:24, 6:23, 7:16
**Court** [7] - 1:23, 1:23, 2:1, 2:4, 3:15, 8:13, 8:13
**COURT** [4] - 1:1, 2:5, 7:12, 7:15
**Court's** [1] - 7:9
**crucial** [1] - 5:2
**cuts** [1] - 6:2

## D

**damages** [5] - 4:7, 4:10, 7:18, 7:23
**DARRIN** [1] - 1:10
**DATE** [1] - 8:12
**date** [1] - 3:4
**days** [1] - 2:3
**deal** [1] - 7:7
**December** [1] - 3:3
**defendant** [6] - 1:8, 3:8, 5:25, 6:4, 7:4, 7:12
**DEFENDANT** [1] - 1:17
**defendant's** [1] - 2:24
**defendants** [3] - 4:1, 4:19, 4:22
**defense** [3] - 4:25, 5:14, 6:10
**deficiency** [1] - 7:6

**definitely** [1] - 3:5
**deposition** [1] - 2:21
**DERECKTOR** [1] - 1:7
**Derecktor's** [3] - 2:15, 3:3, 5:17
**detached** [1] - 3:6
**detaching** [1] - 3:19
**DIAZ** [2] - 1:22, 8:12
**Diaz** [1] - 8:12
**direct** [1] - 3:14
**disassembled** [1] - 2:19
**DISTRICT** [3] - 1:1, 1:1, 1:11
**District** [2] - 1:23, 8:13
**DIVISION** [1] - 1:2
**dockage** [1] - 2:9
**done** [2] - 2:20, 5:19
**doors** [1] - 5:12
**doubt** [1] - 6:17
**down** [1] - 3:24
**draw** [1] - 6:4
**duty** [2] - 4:9, 4:12

## E

**early** [1] - 3:4
**EDUARDO** [1] - 1:14
**engineer** [1] - 3:6
**entered** [1] - 2:9
**entitled** [1] - 8:8
**ESQ** [5] - 1:13, 1:14, 1:14, 1:17, 1:18
**established** [1] - 4:14
**etcetera** [1] - 7:18
**evidence** [7] - 2:2, 4:12, 4:15, 4:16, 6:16, 6:18, 6:22
**EXCERPT** [1] - 1:10
**experience** [1] - 5:18
**experts** [1] - 3:12
**extra** [1] - 5:23

## F

**fact** [2] - 2:3, 6:17
**factor** [1] - 7:9
**facts** [1] - 2:8
**fault** [1] - 5:3
**favor** [1] - 7:3
**FCRR** [2] - 1:22, 8:12
**fell** [3] - 3:19, 4:17, 6:3
**few** [2] - 2:6, 5:18
**findings** [1] - 2:3
**flat** [5] - 3:7, 3:21, 4:24, 5:23, 6:13

**Floor** [4] - 1:15, 1:19, 1:24, 8:14
**FLORIDA** [2] - 1:1, 1:7
**Florida** [5] - 1:4, 1:16, 1:20, 1:25, 8:14
**FOR** [2] - 1:13, 1:17
**foregoing** [1] - 8:6
**formerly** [1] - 2:10
**forth** [2] - 6:16, 6:18
**FOWLER** [1] - 1:18
**FPR** [2] - 1:22, 8:12

## G

**Gables** [1] - 1:16
**GAYLES** [1] - 1:10
**guess** [1] - 4:16

## H

**hammer** [2] - 3:9, 5:9
**hammered** [2] - 3:8, 3:10
**hammering** [1] - 3:13
**heavy** [2] - 3:13, 3:14
**held** [1] - 6:8
**helped** [1] - 6:7
**helpful** [1] - 6:22
**hereby** [1] - 8:6
**hex** [7] - 2:17, 3:10, 3:13, 3:14, 3:24, 4:2, 6:7
**Honor** [2] - 7:11, 7:13
**HONORABLE** [1] - 1:10
**House** [2] - 2:11, 5:19
**HOUSE** [1] - 1:4

## I

**importantly** [1] - 3:20
**INC** [1] - 1:7
**indicating** [1] - 3:10
**industry** [1] - 3:22
**inference** [1] - 6:4
**inspected** [2] - 6:24, 6:25
**inspection** [2] - 3:1
**inspectors** [1] - 6:24
**instead** [1] - 4:20
**issue** [6] - 3:25, 4:10, 4:21, 5:5, 5:10, 7:17
**issues** [2] - 7:18, 7:19

**J**

**Joel** [1] - 2:20
**JOHN** [1] - 1:17
**Judge** [1] - 7:25
**JUDGE** [1] - 1:11
**June** [2] - 1:5, 8:12

**K**

**kind** [2] - 5:19, 6:2
**knowing** [1] - 6:18
**known** [1] - 2:10

**L**

**large** [3] - 2:17, 3:9, 6:7
**lasted** [1] - 2:6
**law** [1] - 2:4
**Lazaro** [1] - 2:22
**least** [1] - 5:17
**leave** [1] - 6:13
**left** [1] - 3:3
**liability** [2] - 5:10, 7:17
**lie** [1] - 5:24
**lieu** [2] - 4:23, 4:24
**light** [1] - 2:2
**limitation** [1] - 7:18
**LLC** [1] - 1:4
**locking** [2] - 2:16, 4:19
**look** [2] - 4:6, 7:1
**looked** [1] - 7:1
**looking** [1] - 4:8
**low** [1] - 6:19

**M**

**manner** [1] - 2:12
**March** [1] - 3:4
**marks** [1] - 3:9
**matter** [1] - 8:8
**mean** [4] - 2:6, 4:16, 4:25, 6:21
**mechanism** [2] - 2:16, 4:20
**met** [1] - 6:20
**metal** [5] - 3:7, 3:21, 4:24, 5:23, 6:13
**MIAMI** [1] - 1:2
**Miami** [6] - 1:4, 1:20, 1:24, 1:25, 8:14, 8:14
**MICHAEL** [1] - 1:17
**missing** [2] - 4:17, 5:2
**months** [2] - 2:7, 6:5
**MOORE** [1] - 1:14
**MORALES** [2] - 1:14, 7:11
**motive** [1] - 5:24
**MR** [4] - 2:2, 7:11, 7:13, 7:25

**N**

**name** [1] - 2:22
**NAUGHTON** [1] - 1:13
**necessary** [1] - 2:5
**need** [1] - 7:17
**negative** [1] - 7:11
**next** [3] - 2:17, 3:14, 7:5
**nine** [1] - 6:5
**NO** [1] - 1:2
**Noble** [2] - 2:10, 5:19
**NOBLE** [1] - 1:4
**North** [2] - 1:24, 8:14
**note** [3] - 2:25, 6:21, 7:19
**noted** [3] - 3:1, 3:23, 6:1
**nothing** [1] - 3:1
**notice** [1] - 7:21
**noticed** [1] - 5:11
**November** [1] - 2:13
**nut** [7] - 2:17, 3:10, 3:13, 3:14, 3:24, 4:2, 6:7

**O**

**observed** [2] - 5:7, 5:8
**observing** [1] - 5:5
**OF** [2] - 1:1, 1:10
**official** [1] - 1:23
**Official** [1] - 8:13
**one** [4] - 3:12, 4:2, 5:4, 6:22
**opened** [1] - 5:12
**opening** [1] - 6:11
**opposed** [1] - 5:12
**Order** [1] - 2:1
**order** [1] - 7:5
**own** [1] - 5:3

**P**

**P.A** [2] - 1:14, 1:18
**p.m** [3] - 1:6, 8:1
**Pages** [1] - 1:8
**part** [2] - 2:18, 7:7
**particular** [2] - 3:17, 5:15
**parties** [1] - 2:9
**passage** [1] - 6:1
**PATRICIA** [2] - 1:22, 8:12
**PENNEKAMP** [3] - 1:17, 7:13, 7:25
**people** [1] - 5:15
**performance** [1] - 4:4
**performed** [1] - 2:11
**perhaps** [1] - 5:3
**place** [7] - 2:13, 2:16, 3:8, 3:10, 3:21, 5:9, 6:8
**placed** [2] - 4:1, 5:21
**placing** [2] - 2:17, 5:23
**Plaintiff** [1] - 1:5
**plaintiff** [12] - 4:2, 4:11, 4:13, 4:15, 5:1, 6:15, 6:20, 7:10, 7:20, 7:21
**PLAINTIFF** [1] - 1:13
**plaintiff's** [3] - 6:6, 6:10, 7:7
**port** [1] - 3:18
**preponderance** [3] - 4:11, 6:16, 6:20
**pretty** [1] - 2:15
**prevented** [1] - 2:18
**Proceedings** [1] - 8:1
**proceedings** [1] - 8:7
**professional** [1] - 2:12
**proof** [3] - 6:15, 6:17, 7:8
**proper** [1] - 2:16
**properly** [1] - 4:1
**proposed** [1] - 7:5
**prove** [1] - 7:9
**put** [1] - 4:23

**R**

**Ramos** [3] - 2:20, 5:16
**Ramos's** [1] - 2:25
**real** [1] - 7:17
**really** [5] - 3:25, 5:1, 5:2, 5:9, 6:22
**reason** [1] - 5:20
**reasonable** [1] - 6:17
**reassembled** [1] - 2:20
**reassembling** [1] - 2:23
**reassembly** [1] - 3:2
**recess** [2] - 7:15, 7:24
**recognize** [1] - 5:24
**record** [2] - 2:14, 7:3
**regarding** [2] - 5:7, 5:10
**rely** [1] - 4:19
**relying** [1] - 5:2
**remove** [1] - 6:12
**removed** [1] - 2:19
**repair** [1] - 2:10
**repairs** [2] - 2:13, 6:3
**REPORTED** [1] - 1:21
**Reporter** [2] - 1:23, 8:13
**required** [2] - 2:11, 3:22
**responsibility** [1] - 7:22
**retaining** [1] - 5:8
**reviewed** [1] - 2:24
**RIOS** [1] - 1:14
**RPR** [2] - 1:22, 8:12
**rudder** [7] - 3:5, 3:18, 3:21, 3:24, 4:17, 6:3
**rudders** [5] - 2:16, 2:19, 2:23, 3:20, 5:21

**S**

**Sabety** [1] - 5:16
**sabotage** [1] - 6:12
**salvage** [1] - 3:23
**saw** [1] - 3:7
**secure** [1] - 2:16
**securing** [5] - 2:17, 3:13, 3:22, 4:1, 4:18
**security** [2] - 4:22, 5:23
**see** [2] - 4:8, 7:1
**sense** [1] - 6:14
**September** [2] - 2:8, 2:14
**service** [1] - 2:10
**ship** [4] - 2:15, 3:3, 3:19, 3:20
**shown** [1] - 4:11
**side** [1] - 3:18
**similarly** [1] - 4:7
**SMITH** [2] - 1:18, 2:2
**somewhat** [1] - 3:4
**sorry** [1] - 6:10
**SOUTHERN** [1] - 1:1
**span** [1] - 3:6
**spanned** [1] - 2:6
**specifically** [1] - 5:7
**speculation** [2] - 5:6, 6:9
**standard** [3] - 4:19, 6:17, 6:19
**standards** [2] - 3:23, 4:5
**starboard** [3] - 3:21, 3:23, 4:17
**started** [2] - 3:18, 5:17
**state** [1] - 5:7
**STATES** [2] - 1:1, 1:11
**States** [2] - 1:23, 8:13
**steering** [1] - 7:1
**STENOGRAPHICALLY** [1] - 1:21
**still** [1] - 3:21
**stop** [1] - 4:1
**submit** [1] - 7:5
**subsequent** [1] - 3:2
**suggested** [1] - 6:11
**suggestion** [1] - 5:22
**supervisor** [4] - 2:24, 2:25, 5:16, 5:22
**supplement** [2] - 2:3, 4:22

**T**

**ten** [1] - 2:3
**terms** [2] - 4:6, 4:12
**testified** [1] - 3:12
**testimony** [9] - 2:21, 3:15, 3:17, 5:3, 5:4, 5:7, 5:14, 6:23, 6:24
**THE** [6] - 1:10, 1:13, 1:17, 2:5, 7:12, 7:15
**third** [1] - 4:18
**Third** [1] - 1:15
**tighten** [1] - 3:11
**tightened** [1] - 3:24
**took** [2] - 2:13, 6:25
**transcription** [1] - 8:7
**TRIAL** [1] - 1:10
**trial** [1] - 2:2
**tried** [1] - 5:9
**two** [2] - 3:20, 4:2

**U**

**ultimately** [1] - 3:19
**United** [1] - 8:13
**UNITED** [2] - 1:1, 1:11
**united** [1] - 1:23
**unknown** [1] - 3:4
**unraveling** [1] - 2:18
**unwind** [1] - 6:7
**unwinding** [2] - 4:2, 4:18
**up** [2] - 3:11, 4:25
**upwards** [1] - 3:8

**V**

**vessel** [1] - 2:10
**visible** [1] - 3:12
**vs** [1] - 1:6

**W**

**waffling** [1] - 6:18
**warranty** [2] - 4:3, 4:8
**watertight** [1] - 5:12
**ways** [1] - 6:2
**week** [1] - 7:6
**WHITE** [1] - 1:18
**worker** [1] - 2:22
**workmanlike** [2] - 2:12, 4:4

**Y**

**yard** [1] - 2:15
**years** [1] - 5:18